IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 APR 13  PM 2: 21

DEPUTY CLERK

JOE MARVIN SLUTZ,                          §
                                           §
          Petitioner,                      §
                                           §
v.                                         §        2:11-CV-0118
                                           §
RICK THALER, Director,                     §
Texas Department of Criminal Justice,      §
Correctional Institutions Division,        §
                                           §
          Respondent.                      §

## ORDER ADOPTING REPORT AND RECOMMENDATION AND SUPPLEMENTAL REPORT AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On September 7, 2011, respondent filed a motion to dismiss petitioner's application as time barred. On October 14, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that respondent's motion be granted and the habeas application be dismissed. On October 21, 2011, petitioner filed a response opposing respondent's motion to dismiss. On March 26, 2012, the Magistrate Judge issued a Supplemental Report and Recommendation after consideration of petitioner's response.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation should be, and hereby are, ADOPTED. Accordingly, respondent's motion to dismiss is GRANTED, and the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _____13th_____ day of _____April_____ 2012.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE