IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 JAN 24 PM 4:39

DEPUTY CLERK ac

JOE MARVIN SLUTZ, §
§
Petitioner, §
§
v. § 2:11-CV-0118
§
RICK THALER, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
Respondent. §

## ORDER ADOPTING FINDINGS OF THE UNITED STATES MAGISTRATE JUDGE ON REMAND

On January 4, 2013, the United States Magistrate Judge entered findings in this case in response to the remand issued by the Fifth Circuit Court of Appeals. As of this date, neither party has filed objections to the Findings. The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Findings are hereby ADOPTED. The United States District Clerk shall prepare a supplemental record for transmittal to the Fifth Circuit Court of Appeals.

IT IS SO ORDERED.

ENTERED this 24th day of January 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE